# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2326
_____

TRAVIS V. THOMAS,

    Petitioner,

v.

AUGUSTINE LAND HOLDINGS,
LLC, a Florida Limited Liability
Company,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


September 26, 2025


PER CURIAM.

    DISMISSED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Travis V. Thomas, pro se, Petitioner.

No appearance for Respondent.